United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZELIS, | No. C 11-01096 CW |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER |
| v. | (Docket No. 8) |
| BEST BUY CO., INC., and DOES 1 THROUGH 50, inclusive, | |
| Defendants. / | |

On May 9, 2011, Defendant Best Buy, Co., Inc. moved to transfer this action to the Central District of California. On June 8, 2011, after this case was reassigned to the undersigned, Best Buy renoticed its motion. Plaintiff has not opposed the motion. Defendant's motion to transfer the action, therefore, is GRANTED.

IT IS SO ORDERED.

Dated: July 1, 2011

CLAUDIA WILKEN
United States District Judge